IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW D. THOMPSON,<br><br>Defendant. | Case No. 2:25-cr-20050-JAR |

## JUDGMENT OF ACQUITTAL

On November 21, 2025, the defendant Matthew D. Thompson was found not guilty on all counts.

IT IS ORDERED BY THE COURT that Defendant Matthew D. Thompson is acquitted, discharged, and any bond exonerated as to all counts.

IT IS SO ORDERED.

Dated: November 21, 2025                     /s/ *Julie A. Robinson*
                                             JULIE A. ROBINSON
                                             UNITED STATES DISTRICT JUDGE